UNITED STATES *v.* LOUISIANA ET AL. (ALABAMA AND MISSISSIPPI BOUNDARY CASE)

No. 9, Orig.   Decided May 31, 1960, February 26, 1985, and March 1, 1988—Final Decree Entered December 12, 1960—Supplemental Decree Entered November 5, 1990

## SUPPLEMENTAL DECREE

By its decision of February 26, 1985, the Court overruled the exception of the United States to the Report of its Special Master herein insofar as it challenged the Master's determination that the whole Mississippi Sound constitutes historic inland waters, and, to this extent, adopted the Master's recommendations and confirmed his Report.

On March 1, 1988, the Court resolved the disagreement between the United States and Mississippi as to that portion of the Mississippi coastline at issue in the above-captioned litigation and directed the parties to submit to the Special Master a proposed appropriate decree defining the claims of Alabama and Mississippi with respect to Mississippi Sound. The parties have agreed on and submitted to the Special Master a proposed decree in accordance with the Court's decision of March 1, 1988.

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. For the purposes of the Court's Decree herein dated December 12, 1960, 364 U. S. 502 (defining the boundary line

between the submerged lands of the United States and the submerged lands of the States bordering the Gulf of Mexico), the coastline of the States of Alabama and Mississippi shall be determined on the basis that the whole of Mississippi Sound constitutes state inland waters;

2. For the purposes of said Decree of December 12, 1960, the coastline of Alabama includes a straight line from a point on the western tip of Dauphin Island where $X = 238690$ and $Y = 84050$ in the Alabama plane coordinate system, west zone, and $X = 659783.79$ and $Y = 204674.56$ in the Mississippi plane coordinate system, east zone, to a point on the eastern tip of Petit Bois Island where $X = 215985$ and $Y = 77920$ in the Alabama plane coordinate system, west zone, and $X = 637152.89$ and $Y = 198279.25$ in the Mississippi plane coordinate system, east zone, so far as said line lies on the Alabama side of the Alabama-Mississippi boundary.

3. For the purposes of said Decree of December 12, 1960, the coastline of Mississippi includes the following:

(a) That portion of the straight line described in paragraph 2, above, lying on the Mississippi side of Alabama-Mississippi boundary;

(b) The baseline delimiting Petit Bois Island determined by the following points in the Mississippi plane coordinate system, east zone:

|  | E. COORD. X | N. COORD. Y |
|---|---|---|
| A POINT AT | 636103.06 | 197409.43 |
| A POINT AT | 635730.88 | 197167.57 |
| A POINT AT | 635197.10 | 196848.81 |
| A POINT AT | 634824.92 | 196606.95 |
| A POINT AT | 634494.81 | 196403.07 |
| A LINE FROM | 634116.89 | 196223.65 |
| THROUGH | 633487.70 | 195977.80 |
| THROUGH | 632600.10 | 195607.60 |
| THROUGH | 631541.99 | 195143.47 |

| | E. COORD. | N. COORD. |
|---|---|---|
| | X | Y |
| THROUGH | 630508.20 | 194904.30 |
| THROUGH | 629479.90 | 194591.90 |
| THROUGH | 628525.00 | 194321.70 |
| THROUGH | 628401.73 | 194306.69 |
| THROUGH | 628036.92 | 194289.93 |
| THROUGH | 627476.60 | 194182.00 |
| THROUGH | 626488.60 | 193948.10 |
| THROUGH | 625932.59 | 193802.79 |
| THROUGH | 625516.00 | 193766.90 |
| THROUGH | 623861.36 | 193478.53 |
| THROUGH | 622820.50 | 193454.10 |
| THROUGH | 621823.80 | 193356.00 |
| THROUGH | 620825.20 | 193257.90 |
| THROUGH | 619847.89 | 193131.55 |
| THROUGH | 618538.77 | 193268.72 |
| THROUGH | 617735.69 | 193531.82 |
| THROUGH | 616497.05 | 194054.83 |
| THROUGH | 615577.50 | 194348.40 |
| THROUGH | 614799.01 | 194527.45 |
| THROUGH | 613600.50 | 194763.40 |
| THROUGH | 612681.90 | 194895.50 |
| THROUGH | 611818.33 | 195012.55 |
| THROUGH | 611021.34 | 195183.22 |
| THROUGH | 610184.77 | 195530.92 |
| THROUGH | 609391.80 | 195685.30 |
| THROUGH | 608419.90 | 195927.80 |
| THROUGH | 607720.29 | 196127.06 |
| THROUGH | 607475.00 | 196239.30 |
| THROUGH | 606247.30 | 196809.81 |
| THROUGH | 605675.10 | 197160.10 |
| THROUGH | 604270.15 | 197849.15 |
| THROUGH | 603527.87 | 198470.45 |
| TO | 603006.58 | 199221.84; |

(c) A straight line from a point on the western tip of Petit Bois Island from X = 602984.74 and Y = 199379.08 in the Mississippi plane coordinate system, east zone, to a point on the eastern tip of Horn Island where X = 586698.88 and Y = 203743.22 in the same coordinate system;

(d) The baseline delimiting Horn Island determined by the following points in the Mississippi plane coordinate system, east zone:

|  | E. COORD.<br>X | N. COORD.<br>Y |
|---|---|---|
| A POINT AT | 586085.00 | 203413.20 |
| A POINT AT | 585408.00 | 202870.40 |
| A LINE FROM | 584539.17 | 202442.95 |
| THROUGH | 583521.30 | 202226.50 |
| THROUGH | 582523.70 | 201911.10 |
| THROUGH | 581217.11 | 201559.05 |
| THROUGH | 580172.00 | 201476.80 |
| THROUGH | 578707.40 | 201327.16 |
| THROUGH | 577716.60 | 201360.70 |
| THROUGH | 576762.47 | 201326.88 |
| THROUGH | 575057.04 | 201581.88 |
| THROUGH | 573405.12 | 201965.02 |
| THROUGH | 571199.22 | 202261.66 |
| THROUGH | 570919.81 | 202425.88 |
| THROUGH | 568628.38 | 202769.01 |
| THROUGH | 566917.90 | 203142.60 |
| THROUGH | 564973.10 | 203501.30 |
| THROUGH | 563121.32 | 203819.44 |
| THROUGH | 560958.00 | 204028.60 |
| THROUGH | 558940.70 | 204238.50 |
| THROUGH | 557048.68 | 204283.26 |
| THROUGH | 554930.20 | 204403.10 |
| TO | 553435.61 | 204348.41 |
| A LINE FROM | 551970.97 | 204538.74 |
| THROUGH | 551379.95 | 204841.79 |

|  | E. COORD.<br>X | N. COORD.<br>Y |
|---|---|---|
| THROUGH | 550663.93 | 205145.88 |
| THROUGH | 549562.53 | 205270.46 |
| THROUGH | 547945.52 | 205663.99 |
| THROUGH | 546875.90 | 206276.41 |
| THROUGH | 545696.10 | 206670.80 |
| THROUGH | 544396.00 | 207134.79 |
| THROUGH | 542861.16 | 207556.77 |
| THROUGH | 540851.48 | 208393.15 |
| THROUGH | 539596.30 | 208786.30 |
| TO | 538818.50 | 209086.77 |
| A LINE FROM | 536831.40 | 209354.10 |
| THROUGH | 535469.11 | 209055.01 |
| THROUGH | 533599.69 | 208590.63 |
| THROUGH | 532440.54 | 208312.06 |
| THROUGH | 530361.80 | 207949.10 |
| THROUGH | 528785.77 | 207676.76 |
| THROUGH | 527430.00 | 207570.30 |
| THROUGH | 526475.92 | 207467.20 |
| THROUGH | 525672.63 | 207540.27 |
| THROUGH | 522928.20 | 208196.10 |
| THROUGH | 521336.78 | 208496.86 |
| THROUGH | 520062.60 | 208576.80 |
| THROUGH | 519137.96 | 208626.07 |
| TO | 518074.58 | 209136.06; |

(e) A straight line from a point on the western tip of Horn Island where X = 517785.04 and Y = 209525.13 in the same coordinate system to a point on the eastern tip of the most easterly segment of Ship Island where X = 486293.70 and Y = 208216.03 in the same coordinate system;

(f) The baseline delimiting the most easterly segment of Ship Island determined by the following points in the Mississippi plane coordinate system, east zone:

| | E. COORD. | N. COORD. |
|---|---|---|
| | X | Y |
| A LINE FROM | 485802.92 | 207647.85 |
| THROUGH | 484179.80 | 206426.60 |
| THROUGH | 482568.66 | 205272.72 |
| THROUGH | 480844.60 | 204246.60 |
| THROUGH | 479440.58 | 203436.29 |
| THROUGH | 478229.70 | 202788.30 |
| THROUGH | 476458.71 | 201921.54 |
| THROUGH | 475542.00 | 201634.30 |
| TO | 475218.46 | 201529.55; |

(g) A straight line from a point on the western tip of the easterly segment of Ship Island where X = 474673.81 and Y = 201505.68 in the same coordinate system to a point on the eastern end of the westerly segment of Ship Island where X = 469644.55 and Y = 200646.86 in the same coordinate system;

(h) The baseline delimiting the most westerly segment of Ship Island determined by the following points in the Mississippi plane coordinate system, east zone:

| | E. COORD. | N. COORD. |
|---|---|---|
| | X | Y |
| A LINE FROM | 468942.08 | 200226.18 |
| THROUGH | 468023.27 | 199707.98 |
| THROUGH | 466932.10 | 198967.80 |
| THROUGH | 465591.05 | 198219.69 |
| THROUGH | 464163.11 | 197420.58 |
| TO | 463004.481 | 196885.896; |

4. That portion of the Mississippi baseline west of the westerly segment of Ship Island determined above is the subject of a separate decree resolving *Mississippi v. United States*, Original No. 113.

5. The baseline described in Paragraphs 2 and 3 above shall be, pursuant to stipulation of the parties, fixed as of the

date of this decree, and shall from that date no longer be ambulatory.

6. The parties shall bear their own costs of these proceedings; the actual expenses of the Special Master herein and the compensation due him shall be borne half by the United States and half by Mississippi.

7. After his final accounting has been approved and any balance due him has been paid, the Special Master shall be deemed discharged with the thanks of the Court.

8. The Court retains jurisdiction to entertain such further proceedings, enter such orders, and issue such writs as from time to time may be deemed necessary or advisable to effectuate and supplement the decree and the rights of the respective parties.

JUSTICE MARSHALL took no part in the consideration or formulation of this Supplemental Decree.